**EXHIBIT B**

| | | | |
|---|---|---|---|
| F. ANN RODRIGUEZ, RECORDER | | DOCKET: | 13677 |
| RECORDED BY: CML | | PAGE: | 1799 |
| DEPUTY RECORDER | | NO. OF PAGES: | 3 |
| 1951           AS1 | | SEQUENCE: | 20092120533 |
| TFATI | | | 11/03/2009 |
| BAC HOME LOANS SERVICING | | DEEDTR | 18:00 |
| 2380 PERFORMANCE DR | | | |
| RICHARDSON TX  75082 | | MAIL | |
| | | AMOUNT PAID   $ | 10.00 |



**Title Order No. 4039623**
**APN No. 137-16-09807**

# TRUSTEE'S DEED UPON SALE ARIZONA

The undersigned grantor declares:
The amount of the unpaid debt together with costs was $276,709.36.
The amount paid by the grantee at the trustee's sale was $220,082.38.
The documentary transfer tax is $_____ The Grantee was/was not the foreclosing beneficiary.

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called Trustee, does hereby grant without covenant or warranty to:

FEDERAL NATIONAL MORTGAGE ASSOCIATION

the real property, situated in the County of Pima, State of Arizona describe as follows:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the power of sale, conferred upon SUCCESSOR TRUSTEE by the Deed of Trust, dated 10/18/2007 made by MARSHALL HOME, AN UNMARRIED MAN, as TRUSTOR(S), FIDELITY NATIONAL TITLE INSURANCE COMPANY, as TRUSTEE, in which MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., is named as BENEFICIARY and recorded on 11/14/2007, as Instrument Number 20072200667, Book 13181, Page 2732, in the office of the county recorder of Pima, and after fulfillment by the SUCCESSOR TRUSTEE of the conditions specified in said Deed of Trust, and in compliance with the laws of the State of Arizona. Trustee or Successor Trustee having complied with all applicable statutory provisions and having performed all of the required duties under said Deed of Trust including posting, publishing, recordation of all necessary documents.
Said property was sold by the SUCCESSOR TRUSTEE at public auction on 10/23/2009, in the County of Pima in which said property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and made payment therefore to said SUCCESSOR TRUSTEE of the amount bid, namely $220,082.38.

*Form aztd (08/06)*   3

DATED: October 29, 2009

RECONTRUST COMPANY, N.A.

Successor Trustee

EXEMPT UNDER ARS 11-1134-B-1

By: *H malone*

Heather Malone, Team Member

Assistant Secretary

State of: Texas )
County of: Dallas )

On OCT 3 0 2009 before me Christopher A. Williams , personally appeared Heather Malone Assistant Secretary , know to me (or proved to me on the oath of _____ or through _____ ) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

WITNESS MY HAND AND OFFICIAL SEAL.

_____
Notary Public's Signature

CHRISTOPHER A. WILLIAMS
My Commission Expires
June 20, 2012

*Form aztd (08/06)*

TS # 09-0029377
PUB# 3024919
LOAN TYPE: CONV

# "EXHIBIT A"
## LEGAL DESCRIPTION

LOT 83 OF MANZANITA TERRACE, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE PLAT OF RECORD IN TEH OFFICE OF THE COUNTY RECORDER IN BOOK 24 OF MAPS, AND PLATS, PAGE 8; AMENDED BY DECLARATION OF SCRIVENER'S ERROR RECORDED IN DOCKET 4749 AT PAGE 225.

*Form legaldesc (07/01)*