# EXHIBIT D



# STATE OF ARIZONA
## Department of State

### TRADE NAME CERTIFICATION

FEDERAL NATIONAL MORTGAGE ASSOCIATION

I, Ken Bennett, Secretary of State, do hereby certify that in accordance with the Trade Name Assignment filed in this Office, the Trade Name herein certified has been duly registered pursuant to Section 44-1460, Arizona Revised Statutes, in behalf of:

MARSHALL HOME
2772 W. ST. TROPAZ AVE,
TUCSON AZ 85713-

4/12/2011   Assignment
12/30/2010   Application



Registration Date: 12/30/2010

Expiration Date: 12/30/2015

Date First Used: 12/29/2010

Trade Name No.: 508123

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at Phoenix, the capitol, this 12 day of April, 2011.

KEN BENNETT



## Registered Name
### Information Search
Generated by TnT Names Search Version 3.11

**Instructions**

## General Information

| File ID | 508123 |
|---|---|
| Description | Trade Name |
| Status | Active |
| Name | FEDERAL NATIONAL MORTGAGE ASSOCIATION |
| Address 1 | 2772 W. ST. TROPAZ AVE, |
| City | TUCSON |
| State | AZ |
| ZIP | 85713- |
| Phone | 520-396-0667 |
| Business Type | REAL ESTATE FORECLOSURES |
| Domestic Begin Date | 12/29/2010 |
| Registered Date | 12/30/2010 |

## Agent/Owner Information

| Agent ID | Type | Fullname | Address | City | State | ZIP | Phone |
|---|---|---|---|---|---|---|---|
| 1069578 | Owner | MARSHALL HOME | 2772 W. ST. TROPAZ AVE, | TUCSON | AZ | 85713- | 520-396-0667 |

## Registration Information

| Received | Amended | Assigned | Expiration | Cancelled | Revoked |
|---|---|---|---|---|---|
| 12/30/2010 | | 4/12/2011 | 12/30/2015 | | |

## Correspondence History

| Description | Date | Printed | Filmed | Loc. No. | Page No. | Pages |
|---|---|---|---|---|---|---|
| Assignment | 4/12/2011 | 4/12/2011 2:44:51 PM | | | | 1 |
| Application | 12/30/2010 | 12/30/2010 2:05:08 PM | | | | 1 |

©Copyright 2000 by Arizona Secretary of State - ALL RIGHTS RESERVED

Please email your comments or questions regarding this system to trades@azsos.gov. We appreciate any feedback.

**Disclaimer**