WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal National Mortgage Association, | No. CV-11-1227-PHX DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Marshall Home; Independent Rights Party, | |
| Defendants. | |

Plaintiff Federal National Mortgage Association has filed a motion for substitution of counsel.  Doc. 32.  The Court will grant the motion.

**IT IS ORDERED:**

1.    Plaintiff's motion for substitution of counsel (Doc. 32) is **granted**.

2.    Attorneys Mark A. Nadeau, Cynthia A. Ricketts, and Allison L. Kierman of DLA Piper LLP (US) are substituted as Plaintiff's counsel of record in place of Douglas A. Toleno, Laurel I. Handley, and Allison C. Lienau of Pite Duncan, LLP.

3.    Plaintiff's new counsel shall appear at the hearing on the motion for temporary restraining order (Doc. 4) set for **June 30, 2011 at 1:00 p.m.** (Doc. 29).

Dated this 29th day of June, 2011.

David G. Campbell
United States District Judge