**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal National Mortgage Association,<br><br>Plaintiff,<br><br>vs.<br><br>Marshall Home; and Independent Rights Party,<br><br>Defendants. | No. CV-11-1227-PHX-DGC<br><br>**ORDER** |

Plaintiff Federal National Mortgage Association ("Fannie Mae") claims that Marshall Home, founder of the Independent Rights Party ("IRP"), has fraudulently executed and recorded special warranty deeds which purport to transfer to IRP the titles to multiple properties owned by Fannie Mae. Doc. 1. In an order dated July 1, 2011 (Doc. 38), the Court granted Fannie Mae's motion for preliminary injunctive relief and denied Mr. Home's pro se motion to dismiss.[1]

Defendants have failed to answer or otherwise respond to the complaint as required by the Federal Rules of Civil Procedure. Fannie Mae has filed a motion for the entry of default, final judgment, and permanent injunction. Doc. 44. The Clerk has entered Defendants' default pursuant to Rule 55(a). Doc. 45. The motion will be denied

---

[1] Mr. Home purported to file the motion to dismiss on behalf of himself and Defendant IRP, but only licensed attorneys may represent corporations and other entities in federal court. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-202 (1993) (citing *Osborn v. President of Bank of U.S.*, 9 Wheat. 738, 829, 6 L.Ed. 204 (1824)).

as moot in this regard. *See* Doc. 44 at 1-2.

With respect to the request for a default judgment pursuant to Rule 55(b) and *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986) (Doc. 44 at 2-12), Defendants have failed to file a response and the time for doing so has expired. Defendants shall have until **September 9, 2011** to respond to the motion for final judgment and permanent injunction. As noted above, Defendant IRP may file a response only through licensed counsel.

**IT IS ORDERED:**

1. Fannie Mae's motion for entry of default (Doc. 44 at 1-2) is **denied** as moot.

2. Defendants shall have until **September 9, 2011** to respond to the motion for final judgment and permanent injunction (Doc. 44 at 2-12). **No further extensions will be granted absent truly extraordinary circumstances.**

Dated this 25th day of August, 2011.

_____
David G. Campbell
United States District Judge