**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal National Mortgage Association,<br><br>Plaintiff,<br><br>vs.<br><br>Marshall Home; Independent Rights Party,<br><br>Defendants. | No. CV11-1227-PHX-DGC<br><br>**ORDER** |

The Court has received a letter, dated February 28, 2012, from a federal public defender based in Tucson, Arizona. The attorney states that she represents Defendant Marshall Home in a criminal case pending in Tucson. She states that Mr. Home has been detained in federal custody since July 1, 2011, and requests that matters in this case be directed either to her (although she does not represent Mr. Home in this case) or to Home in custody. Although Defendant has the responsibility for advising this Court of his location, the Court will direct the clerk to change his address to:

> Marshall E. Home
> #56200-008
> CCA-FCC
> P.O. Box 6200
> Florence, Arizona 85123-6200

Attached to this order is a notice (Doc. 53) filed by Plaintiff that currently is

Case 2:11-cv-01227-DGC   Document 54   Filed 03/06/12   Page 2 of 8

pending with the Court.  If Defendant wishes to comment on this notice, he shall do so in writing on or before **March 23, 2012**.

Dated this 6th day of March, 2012.

_____
David G. Campbell
United States District Judge

- 2 -

Mark A Nadeau (Bar No. 011280)
mark.nadeau@dlapiper.com
Cynthia A. Ricketts (Bar No. 012668)
cindy.ricketts@dlapiper.com
Allison L. Kierman (Bar No. 024414)
allison.kierman@dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101

Attorneys for Plaintiff
FEDERAL NATIONAL MORTGAGE ASSOCIATION

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | CASE NO.  2:11-cv-01227-DGC |
|---|---|
| Plaintiff, | **NOTICE OF LODGING OF FORM OF JUDGMENT** |
| v. | |
| Marshall E. Home; Independent Rights Party, | |
| Defendant. | |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") hereby files the attached Form of Judgment (Exhibit A) with the clerk of court, requesting judgment be entered on the Court's January 3, 2012 Order granting Fannie Mae's motion for attorneys' fees and costs and awarding Fannie Mae attorneys' fees in the amount of $70,192.50 and non-taxable costs in the amount of $1,219.00 [Doc. 52] plus interest at the rate of 12%.

DLA Piper LLP (US)
Phoenix

DATED this 13th day of January, 2012.

                            DLA PIPER LLP (US)

                            By s/Allison L. Kierman
                                MARK A NADEAU
                                CYNTHIA A. RICKETTS
                                ALLISON L. KIERMAN
                                Attorneys for Plaintiff
                                FEDERAL NATIONAL MORTGAGE ASSOCIATION

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on January 13, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing as well as via email. |
| 3 | |
| 4 | Marshall E Home |
| | 3051 W. Mexico St. |
| 5 | Tucson, AZ 85746-2141 |

By: s/ Katherine Sieckman

DLA PIPER LLP (US)
PHOENIX

# EXHIBIT A

Mark A Nadeau (Bar No. 011280)
mark.nadeau@dlapiper.com
Cynthia A. Ricketts (Bar No. 012668)
cindy.ricketts@dlapiper.com
Allison L. Kierman (Bar No. 024414)
allison.kierman@dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101

Attorneys for Plaintiff
FEDERAL NATIONAL MORTGAGE ASSOCIATION

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Marshall E. Home; Independent Rights Party,<br><br>　　　　　Defendant. | CASE NO. 2:11-cv-01227-DGC<br><br>**JUDGMENT ON ATTORNEYS' FEES** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") hereby requests the Clerk of Court enter Judgment in Fannie Mae's favor and confirming the Court's January 3, 2012 Order granting Fannie Mae's motion for attorneys' fees and costs [Doc. 52].

Defendants Marshall E. Home and Independent Rights Party are hereby ordered to pay Fannie Mae attorneys' fees in the amount of $70,192.50 and non-taxable costs in the

amount of $1,219.00.  Interest shall accrue on the outstanding balance of these amounts at the rate of 12% from January 3, 2012 until paid in full.

DATED this ____th day of January, 2012.

DLA Piper LLP (US)
Phoenix